# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 4, 2025
Lyle W. Cayce
Clerk

No. 25-40487

_____

Sophia Myers, *Individually and on behalf of all others similarly situated*; Kara Kay, *Individually and on behalf of all others similarly situated*; Ryann Allison, *Individually and on behalf of all others similarly situated*; Elaina Amador, *Individually and on behalf of all others similarly situated*; Berklee Andrews, *Individually and on behalf of all others similarly situated*; Meagan Ledbetter, *Individually and on behalf of all others similarly situated*,

        *Plaintiffs—Appellees*,

*versus*

Stephen F. Austin State University, Member of the University of Texas System,

        *Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:25-CV-187

_____

## JUDGMENT

Before Dennis, Graves, and Duncan, *Circuit Judges*.

This cause was considered on the record on appeal and the briefs on file.

No. 25-40487

IT IS ORDERED and ADJUDGED that the preliminary injunction is VACATED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that Appellees pay to Appellant the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.